# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Algis Peter Ankus

                      Plaintiff,

v.                                     Case No.: 1:19–cv–06488
                                     Honorable Thomas M. Durkin

Northwestern Memorial Healthcare, et al.

                      Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 9, 2019:

      MINUTE entry before the Honorable Thomas M. Durkin:Defendants' motion to dismiss [19] is entered and continued generally. Status hearing held on 12/9/2019. Counsel is to contact this Court's courtroom deputy by 12/13/2019 to advise as to whether they would like a referral to Magistrate Judge Fuentes for settlement. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.